UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLIE BOTHUELL, IV,

    Plaintiff,

v.

NANCY GRACE, et al.,

    Defendants.

                                        /

Case No. 16-11009

Honorable Nancy G. Edmunds

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [23]**

In a report and recommendation ("R&R") issued on February 16, 2017 (Dkt. 23), Magistrate Judge Stephanie Dawkins Davis recommends that the Court grant Defendants' motion to dismiss. (Dkt. 14.) Neither party has filed objections to the R&R, and the deadline for doing so has passed. The parties' failure to file objections to the R&R waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Furthermore, the failure to object to the R&R releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). Nonetheless, having reviewed the R&R, the underlying motion, and the record, the Court concurs with the Magistrate Judge's analysis, and therefore ACCEPTS and ADOPTS the Magistrate Judge's R&R.

Therefore, it is hereby ordered that Defendants' motion to dismiss is GRANTED.

SO ORDERED.

                                         s/Nancy G. Edmunds
                                         Nancy G. Edmunds
                                         United States District Judge

Dated:  March 6, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 6, 2017, by electronic and/or ordinary mail.

                                         s/Carol J. Bethel
                                         Case Manager